1   DAVID ROSSITER CALLAWAY, (SBN 121782)
*DCallaway@goodwinlaw.com*
2   **GOODWIN PROCTER** LLP
601 Marshall Street
3   Redwood City, California 94063
Tel.: +1 650 752 3261
4   Fax: +1 650 853 1038

5   Attorney for Defendant Robing Tran

6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No. CR-18-00578-EJD |
| 13           Plaintiff, | **STIPULATION AND ORDER** [proposed] |
| 14      v. | **FOR EARLY TERMINATION OF PRETRIAL SUPERVISION, TO WITHDRAW GUILTY PLEA, AND** |
| 15  ROBING TRAN, | **DISMISS FELONY INFORMATION** |
| 16         Defendant. | |

17

18

19       Defendant ROBING TRAN, by and through her attorney, David R. Callaway, and the

20  United States, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate that

21  defendant Robing Tran's pretrial supervision may be terminated early, her plea of guilty

22  withdrawn and a plea of not guilty substituted in its place, and that the Information filed against

23  Ms. Tran should thereafter be dismissed. The parties agree as follows:

24       1.      On November 30, 2018, Ms. Tran was charged by felony Information with four

25  counts of Aiding and Abetting Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26  The charges involved Ms. Tran helping her boyfriend, Mork Van-Seyla, who was engaged in a

27  scheme to defraud Apple, by receiving the proceeds of Mr. Van-Seyla's fraudulent transactions

28  and transferring those proceeds to him.

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw
Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD

2.      On June 3, 2019, Ms. Tran entered a plea of guilty to Count Eight of the Information pursuant to a plea agreement. The plea agreement contemplated that Ms. Tran would be placed on a two-year period of supervision before sentencing, during which time she would be supervised by the United States Pretrial Services Office. The agreement also provided that this two-year supervision period would be subject to early termination after a minimum of one year, after which Ms. Tran would be permitted to withdraw her guilty plea and the government would move to dismiss the Information. Specifically, the plea agreement provided as follows:

> The parties jointly agree to recommend the following pre-sentence disposition in this case:
>
> a.     The parties agree jointly to recommend that the Defendant be placed on a two-year period of supervision prior to sentencing and entry of judgment of conviction.  During this time the defendant will be supervised by the United States Pretrial Services Office. This two-year period will commence on the date of the defendant's plea and is subject to early termination after a minimum of one year of supervision if the parties and Pretrial Services agree that the defendant no longer requires supervision and the Court enters an order to that effect.
>
> b.     If, at the end of the term of supervision, the defendant has not violated any conditions of release, the patties will allow the defendant to withdraw from her guilty plea and the government will ask the Court to dismiss the Information. The defendant understands that, pursuant to Federal Rule of Criminal Procedure 48(a), the Court must grant leave for this dismissal to be effective. The defendant further understands that if for any reason the Court denies such leave, she may not withdraw her guilty plea.

Plea Agreement ¶ 8.

3.      The conditions of Ms. Tran's pretrial supervision included that she (i) seek employment or enroll as a full-time student; (ii) not leave the state of Michigan without the approval of Pretrial Services and not leave the United States without approval from the Court; and (iii) appear before the Court for periodic status hearings as directed by Pretrial Services. Plea Agreement ¶8.d.

4.      Ms. Tran's supervision began on June 3, 2019 (the date of her plea) and she completed her first year of supervision as of June 3, 2020.

5.      On June 18, 2020, U.S. Probation Officer Kristina Snow wrote to the undersigned counsel for the government and Ms. Tran and advised:

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD

2

1    Mr. Callaway,

2    I can tell you Ms. Tran has been compliant with her terms of bond,
     and has reported as directed since her placement on bond, June 3,
3    2019. Due to her compliance on bond, it would be reasonable to
     consider early termination should the parties agree. Please contact
4    me with any questions or concerns you may have regarding this
     issue. Thank you.
5

6        6.    Accordingly, the parties agree that Ms. Tran's supervision should be terminated

7    early.

8        7.    The parties further agree that Ms. Tran should be permitted to withdraw her guilty

9    plea and substitute a plea of not guilty to the felony Information.

10       8.    Finally, the parties agree, and the government hereby moves, that the captioned

11   Information as against Ms. Tran only should be dismissed.

12       **IT IS SO STIPULATED:**

13   Dated:  June 18, 2020                    GOODWIN PROCTER LLP

14

15                                            By: _/s/ David Rossiter Callaway_

16                                            David Rossiter Callaway
                                              DCallaway@goodwinlaw.com
17
                                              Attorneys for Defendant
18                                            ROBING TRAN

19

20   Dated:  June 18, 2020                    DAVID L. ANDERSON
                                              United States Attorney
21

22

23                                            By: _/s/_ Jeff Schenk
                                              JEFF SCHENK
24                                            Assistant United States Attorney

25

26

27

28

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw
Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD

1        **ORDER**

2  Based on the foregoing stipulation of the parties, and good cause having been shown,

3        IT IS HEREBY ORDERED that:

4        1.      Defendant's pretrial supervision is terminated effective immediately.

5        2.      Defendant's plea of guilty, entered on June 3, 2019, is WITHDRAWN and a plea

6  of not guilty entered in its place.

7        3.      The captioned Information as against Defendant Robing Tran only is

8  DISMISSED.

9        **IT IS SO ORDERED.**

10  DATED:  June 23, 2020

11                                          HONORABLE EDWARD J. DAVILA
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw
Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD

4

1

## ATTORNEY ATTESTATION

2       I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in

3  the filing of this document from the signatories indicated by the conformed signature (/s/).

4

5                                           /s/ *David Rossiter Callaway*
                                             David Rossiter Callaway

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw
Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD

5

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 22, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2020 in Redwood City, California.

/s/ *David Rossiter Callaway*
David Rossiter Callaway

Stipulation and Order [proposed] for Early Termination of Pretrial Supervision, to Withdraw Guilty Plea, and Dismiss Felony Information
Case No. CR-18-00578-EJD